UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION


IN THE MATTER OF:

| | |
|---|---|
| CARTER TUCKER | CASE NUMBER:  05-30937 |
| SSN:  xxx-xx-8976 | CHAPTER 13 |
| LINDA TUCKER | |
| SSN:  xxx-xx-7251 | |
| Debtors | |

---

**NOTICE TO DISH NETWORK
THAT $79.54 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Dish Network, creditor herein, and deposits $79.54 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1.  The last known address for Dish Network was:

    ATTN:  Meredith Arcese
    PO Box 6633
    Englewood, CO 80112

2.  Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3.  Subsequent attempts to locate this creditor were fruitless;

4.  Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  *2-10-10*

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Notice was sent on  *2-10-10*

By U. S. Mail to the Debtors and Creditor as follows:

Debtor(s):  Carter & Linda Tucker, 10165 W. SR 10, San Pierre, IN 46374
Creditor:  Dish Network, ATTN:  Meredith Arcese, PO Box 6633, Englewood, CO 80112

By electronic e-mail:
U.S. Trustee
David Brooks, Debtors' Counsel


/s/ Debra L. Miller, Trustee
By:  Rosemary Wilson